IN THE SUPREME COURT OF THE STATE OF NEVADA

WENDY PERKINS, APRN; AND
DIGNITY HEALTH, A FOREIGN
CORPORATION, D/B/A DIGNITY
HEALTH MEDICAL GROUP NEVADA,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ROB
BARE, DISTRICT JUDGE,
Respondents,
 and
VELLENE TAYLOR, INDIVIDUALLY,
AND AS SPECIAL ADMINISTRATRIX
OF THE ESTATE OF MASON SAMUEL
TAYLOR; AND RONALD TAYLOR,
INDIVIDUALLY,
Real Parties in Interest.

No. 79589

**FILED**

SEP 16 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION
FOR WRIT OF MANDAMUS OR OTHER EXTRAORDINARY RELIEF*

This emergency petition for a writ of mandamus or other extraordinary relief challenges an oral September 6, 2019, ruling denying a motion in limine to exclude a loss-of-probable-support category of damages.

Having reviewed the petition and supporting documents, we conclude that our extraordinary intervention is not warranted. In particular, trial is scheduled to commence soon, and petitioners have an adequate and speedy legal remedy in the form of an appeal from the final

19-38472

judgment, precluding writ relief. NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 225, 88 P.3d 840, 841 (2004). Therefore, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Rob Bare, District Judge
John H. Cotton & Associates, Ltd.
Laird Law PLLC
The Gage Law Firm, PLLC
Eighth District Court Clerk